IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                                                No. CIV S-08-0938 FCD JFM P

    vs.

GONZALES, et al.,

    Defendants.                                             ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1]  In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

    Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

/////

---

[1] On May 7, 2008, plaintiff filed a certificate of funds in his inmate trust account and a certified copy of his inmate trust account statement. Plaintiff has not, however, filed a complete application to proceed in forma pauperis.

1

1 division of the court.  Therefore, this action will be transferred to the Fresno Division of the
2 court.
3       Good cause appearing, IT IS HEREBY ORDERED that:
4       1. This action is transferred to the United States District Court for the Eastern
5 District of California sitting in Fresno; and
6       2. All future filings shall reference the new Fresno case number assigned and
7 shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

11 DATED: May 29, 2008.

                    UNITED STATES MAGISTRATE JUDGE

/kc
lars0938.22fn