IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

       Plaintiff,                      CV F 08 0740 AWI WMW PC

  vs.                                ORDER TO SHOW CAUSE

WARDEN GONZALES, et al.,

       DefendanSt.

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

       Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at CCI Tehachapi, brings this civil rights action against defendant correctional officials employed by the CDCR at Tehachapi. Plaintiff claims that he is illegally housed in Administrative Segregation and is not allowed access to his quarterly package while in Administrative Segregation.

       The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States

that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted. <u>Larson v. Runnels, et al.</u>, 2:06 cv 00940 GEB GGH PC; <u>Larson v. Patton, et al.</u> 2:07 CV 01043 FCD JFM PC; <u>Larson v. Runnels, et al.</u>, 2:07 CV 00806 FCD DAD PC. Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent danger of serious physical injury. Plaintiff alleges no such facts in this case.

Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why his in forma pauperis status should not be revoked and Plaintiff be directed to pay the filing fee in full.

IT IS SO ORDERED.

**Dated:   July 29, 2008**          /s/  **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE