**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARVERY EUGENE LARSON, ) | 1:08 CV 00740 AWI YNP SMS (PC) |
| ) | |
| Plaintiff, ) | ORDER DISMISSING ACTION |
| ) | |
| v. ) | |
| ) | |
| GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 4, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to pay the filing fee.  Plaintiff was denied leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).  On October 15, 2008, the findings and recommendations were adopted.  Plaintiff was directed to pay the filing fee within thirty days.  The order adopting the findings and recommendations was re-served upon Plaintiff on January 8, 2009.  On January 28, 2009, Plaintiff filed a notice of appeal of the order adopting the findings and recommendations.  On July 13, 2009, an order was entered by the Ninth Circuit Court of Appeals, dismissing Plaintiff's appeal.  Plaintiff has not submitted the $350 filing fee for this action.

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice
2 pursuant to Local Rule 11-110 for Plaintiff's failure to prosecute.   The Clerk is directed to close
3 this case.

5 IT IS SO ORDERED.

6 **Dated:    October 23, 2009**                 /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE

2